IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER SEVEN |
| POCONO SCHOOL OF EXCELLENCE | : | BANKRUPTCY NO.: 5-03-56118 |
| DEBTOR | : | |
| ROBERT P. SHEILS, JR., CHAPTER 7 TRUSTEE, | : | |
| MOVANT/PLAINTIFF | : | |
| vs. | : | {**Nature of Proceeding**: Trustee's Motion for Reconsideration of Court Order Dated April 27, 2004 for Turnover of Funds} |
| POCONO MOUNTAIN SCHOOL DISTRICT and POCONO MOUNTAIN SCHOOL BOARD, | : | |
| RESPONDENTS/DEFENDANTS | : | ADVERSARY NO.: 5-04-50018A |

# ORDER

For those reasons indicated in the Opinion filed this date, **IT IS HEREBY ORDERED** that the Trustee's Motion for Reconsideration of Court Order dated April 27, 2004 for Turnover of Funds is denied.

Date: June 21, 2004

*John J. Thomas, Bankruptcy Judge*

(CMS)

*This electronic order is signed and filed on the same date.*

[m:\users\cathy\wp8docs\Opinions\PoconoSchool.wpd]